CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Onovughe Ighorhiohwunu**<br>DOB: 1971 | DOCKET NO. |
| | MAGISTRATE'S CASE NO. **SEALED**<br>21-02914MJ |

Complaint for violation of Title 18, United States Code Section 1956(h)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From a time unknown through at least May 21, 2020, in the District of Arizona, and elsewhere, **Onovughe Ighorhiohwunu** did knowingly combine, conspire, and agree with other persons known and unknown to commit offenses against the United States Code, to wit: knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud and mail fraud, in violation of Title 18, United States Code, Sections 1341 and 1343, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Financial exploitation is a fast-growing form of abuse of seniors and adults with disabilities. Elder financial exploitation takes many forms. While the vast majority of reports of elder financial exploitation involve perpetrators who are related to, or in trusting relationships with, the victim, scams and frauds by strangers are also very common. One common scam conducted by strangers is referred to as a romance scam or scheme.

From a time unknown through at least May 21, 2020, in the District of Arizona, and elsewhere, **Onovughe Ighorhiohwunu** and his co-conspirators conducted such a romance scheme. **Ighorhiohwunu's** co-conspirators created fake online dating profiles and personas to engage in online chats, text messaging, Voice over Internet Protocol (VoIP) calls, and otherwise, with unwitting victims located in the United States in efforts to convince those victims they were involved in a romantic relationship with someone they had met through online dating websites or other online mediums. These unwitting victims were usually elderly or older women. **Ighorhiohwunu's** co-conspirators then convinced the unwitting victims to send money to, or on behalf of, those fake romantic partners.

(Continued)

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA *Christopher A. Brown*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Sworn by telephone. | SIGNATURE OF COMPLAINANT<br>*/s/ Bret Curtis*<br>OFFICIAL TITLE & NAME:<br>Bret Curtis, Special Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*/s/ Leslie A. Bowman* | DATE<br>April 8, 2021 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

CC: USMS; Pretrial Services; AUSA Christopher Brown

Furthermore, **Ighorhiohwunu's** co-conspirators directed the use of, and used, money mules and victims to open and manage domestic bank accounts in order to receive and negotiate funds sent by victims of these fraudulent romance schemes. **Ighorhiohwunu** acted as a money mule during the course of the conspiracy. **Ighorhiohwunu's** co-conspirators directed money mules, including **Ighorhiohwunu**, as well as victims, to transfer funds through bank wire, bank deposit, and otherwise, oftentimes to locations outside of the United States, all at least in part to conceal the nature, source, and control of those assets.

The investigation began with an interview of Victim #1, and, as summarized below, the cases of Victims #1 and #2 represent examples of how the conspiracy, and scheme to defraud, was executed.

### Victim C.H. – 77 years old ("Victim #1")

Victim #1, lives in Sierra Vista, Arizona. Victim #1 was first interviewed on January 2, 2020, and she has been interviewed multiple times thereafter.

In April 2019, Victim #1 had to put her husband into a nursing home because he had dementia. Victim #1 was lonely and actively looked for friendship online.

In 2019, Victim #1 met a person online who called himself Robert Michael ("Michael"). Victim #1 met Michael while playing "Words with Friends" and then started communicating via Google Hangouts, text message and email. Victim #1 and Michael began a romantic, online, relationship. Michael directed Victim #1 to send money to help him pay medical expenses and so he could travel to Arizona to be with Victim #1. Victim #1 was directed to send money by purchasing gift cards, by wiring money using money transfer services, by mailing packages with money in them and by transferring money from her bank accounts to other peoples' accounts. Victim #1 lost approximately $388,011 to the scam or scams.

One entity Michael directed Victim #1 to send money to was Grand Peculiar LLC at 2365 Powder Spring Road, Suite 1125, Marietta, Georgia, 30064. (A search of the Georgia Corporations Division website indicated that, as of July 12, 2019, **Ighorhiohwunu** was listed as the owner and registered agent of Grand Peculiar LLC with a registered office address of 2365 Powder Spring Road SW, Suite 1125, Marietta, Georgia, 30064.)

Victim #1 provided to me a file labeled "Robert" to document receipts for money Michael directed her to send to different people. The file contained a United Parcel Service receipt dated November 16, 2019, showing that Victim #1 mailed a package to Grand Peculiar LLC, 2365 Powder Spring Road, Suite 1125, Marietta, Georgia, 30064.

Wells Fargo Bank records show on November 16, 2019, Victim #1 purchased a $57,500 cashier's check made payable to Grand Peculiar LLC.

A review of bank records showed, on December 2, 2019, Victim #1 transferred $5,000 from her Umpqua Bank account to Wells Fargo Bank account number xxxxxxxx50. This account was titled to Grand Peculiar LLC, which is owned by **Ighorhiohwunu**.

### Victim T.M. – 63 years old ("Victim #2")

Victim #2, lives in Redding, California. Victim #2 was first interviewed on April 1, 2020, and she has been interviewed multiple times thereafter.

In December 2017, Victim #2 met a person online, while playing "Words with Friends", who claimed to be Scotty Mullen ("Mullen"). Mullen directed Victim #2 to communicate with him using Google Hangouts and via phone number (951) xxx-xx34. Mullen's email address was scottymullen7@gmail.com. Mullen told Victim #2 he was born in Germany, but he lived in Houston, Texas. Mullen told Victim #2 he worked on an oil rig near the Texas, Mexico border. Mullen and Victim #2 started a romantic, online relationship.

Mullen told Victim #2 he had an accident on an oil rig and he needed her to send money. When he claimed to eventually recover from his injuries, Mullen told Victim #2 he won a lucrative contract with the Shell Oil Company. Mullen told Victim #2 investors would send her money and he asked her to funnel that money to him by purchasing gift cards, by wiring money using money transfer services, by mailing packages with money in them and by

transferring money from her bank accounts to other peoples' accounts. Victim #2 estimated between 2017 and the present she lost approximately $500,000 to the scam or scams.

After Victim #2 learned she was the victim of a romance scam, she agreed to continue communicating with Mullen to help the FBI identify Mullen's co-conspirators, money mules and victims. On May 21, 2020, Victim #2 sent me a text with a screen shot of a Google Hangouts conversation she had with Mullen. Mullen asked Victim #2 to send $8,000 to a Bank of America Account number xxxxxxxxx95, belonging to One Stone Auto and Trucking Rental at 2365 Powder Spring Road Suite 1125, Marietta, Georgia 30064. (As indicated above, a search of the Georgia Corporations Division website revealed, as of May 21, 2020, the address 2365 Powder Spring Road, Suite 1125, Marietta, Georgia 30064 was associated with a company called Grand Peculiar LLC. Also as indicated above, the owner of Grand Peculiar LLC was **Ighorhiohwunu.**)

### Interview of Onovughe Ighorhiohwunu

On September 22, 2020, after being advised of his constitutional rights, **Ighorhiohwunu** agreed to answer questions without a lawyer present. **Ighorhiohwunu** admitted his knowledge and involvement in the scheme. He further admitted that he was paid a commission for collecting money and he received directions on where to transfer the funds he received. **Ighorhiohwunu** further admitted that Victim #1 was one of the people from whom he was asked to collect money.